JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. **08-33746-B-7**

**NUEVO PARTNERS LLC**  DC NO. **JRR-2**
 DATE: **NOVEMBER 3, 2009**
Debtor(s).  TIME : **9:32 A.M.**
_____/ COURTROOM: **33**

**MOTION FOR SALE OF ASSETS FREE AND CLEAR OF LIENS
Pursuant to 11 U.S.C. § 363(f)**

The motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtor.

2. That movant has, as such Trustee, the following asset belonging to the debtor's estate, appraised as indicated, to wit:

> **ASSET: Nuevo Partners, LLC's rights, title and interest in any and all claims, causes of action and related rights against First Northern Bank and its agents and affiliates**
> **VALUE: $8,000.00**

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The Trustee has received an offer from FIRST NORTHERN BANK OF DIXON for the sum of $8,000.00. See Purchase and Sale Agreement attached to the Exhibits as Exhibit "A".

1

5. FIRST NORTHERN BANK OF DIXON is purchasing the asset free and clear of liens.

6. The asset is being sold "As Is" and the Trustee makes no warranty on the condition of the asset.

7. FIRST NORTHERN BANK OF DIXON is purchasing the asset in good faith pursuant to 11 U.S.C. § 363(m).

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the asset as described herein free and clear of liens.

DATED: October 14, 2009

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919